IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ADRIANNA MYHNIER, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 5:23-CV-593-M |
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:23-CV-716-D |
| L.M., a minor by and through his parents, JEREMY MYNHIER and ARIANNA MYNHIER, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Clarify Briefing Schedule. For good cause shown, the motion is GRANTED. The Parties shall follow the briefing schedule as follows:

1. Board's opening brief in support of judgment on the administrative record in its administrative challenge is due August 5, 2024;

2. Parent's opening brief in support of their petition for attorney's fees is due August 5, 2024;

3. Board and Parent's respective response briefs are due on September 4, 2024; and

4.    Board and Parents' respective reply briefs are due on September 18, 2024.

SO ORDERED, this __22__ day of July 2024.

Robert B. Jones, Jr.
United States Magistrate Judge