IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ADRIANNA MYHNIER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:23-CV-593-M-RJ |
| | ) | |
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:23-CV-716-D |
| v. | ) | |
| | ) | |
| L.M., a minor by and through his parents, JEREMY MYNHIER and ARIANNA MYNHIER, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Defendant Wake County Board of Education ("Board"), by and through counsel and in accordance with the Individuals with Disabilities Education Act (IDEA), 20 USC § 1415 *et seq.*, moves this Court for judgment in its favor on the administrative record as provided by the North Carolina Department of Public Instruction and amended by the Parties.

In accordance with Local Rule 7.2, E.D.N.C., a memorandum of law in support of this motion is being submitted contemporaneously with this motion.  For the reasons stated in the accompanying memorandum, the Board respectfully requests that its Motion for Judgment on the Administrative Record be granted and the Board be declared the prevailing party in this matter.

Respectfully submitted, this the 5th day of August 2024.

/s/ Stephen G. Rawson
Stephen G. Rawson
NC State Bar Number 41542
THARRINGTON SMITH, L.L.P.
PO BOX 1151
Raleigh, NC 27602-1151
Tel. 919.821.4711
Fax. 919.829.1583
srawson@tharringtonsmith.com
Attorneys for Defendant Wake County
Board of Education

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD** with the Clerk of Court using the CM/ECF system which will send notification of the filing to the following:

    Keith Howard, Esq.
    Carla Fassbender, Esq.
    THE LAW OFFICES OF KEITH L. HOWARD, PLLC
    19109 W. Catawba Avenue, Suite 200
    Cornelius, NC 28031
    keithh@khowardlaw.com
    carlaf@khowardlaw.com
    *Attorneys for Plaintiff Parents*

This the 5th day of August 2024.

    /s/ Stephen G. Rawson
    Stephen G. Rawson
    N.C. State Bar No. 41542
    THARRINGTON SMITH, L.L.P.
    PO BOX 1151
    Raleigh, NC 27602-1151
    Tel. 919.821.4711
    Fax. 919.829.1583
    srawson@tharringtonsmith.com