IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CV-00716-M-RJ

| | |
|---|---|
| WAKE COUNTY BOARD OF EDUCATION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY MYNHIER, ADRIANNA MYNHIER, and L.M., a minor,<br><br>Defendants. | ORDER |

This matter comes before the court on Defendants' Motion to Withdraw Docket Entry 35. [DE 36]. Defendants advise that they erroneously filed a Motion for Attorney's Fees in this action, despite a court order directing the parties to submit all filings in this action's companion case, 5:23-cv-00593-M-RJ. *Id.* at 2. For good cause shown, the motion is GRANTED, and the motion at [DE 35] is DENIED WITHOUT PREJUDICE.

SO ORDERED this ___8th___ day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE